RVA Leasing Corp. v Nationwide Mut. Ins. Co. (2025 NY Slip Op 51854(U))

[*1]

RVA Leasing Corp. v Nationwide Mut. Ins. Co.

2025 NY Slip Op 51854(U)

Decided on November 24, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on November 24, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Brigantti, Alpert, JJ.

571053/25

RVA Leasing Corp. a/a/o Karlanny Conti Romero, Plaintiff-Respondent, 
against
Nationwide Mut. Ins. Co., Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, Bronx County (Lauren L. Esposito, J.), entered on or about February 10, 2025, which denied its motion for summary judgment and granted, in part, plaintiff's cross-motion for summary judgment.

Per Curiam.
Order (Lauren L. Esposito, J.), entered February 10, 2025, reversed, with $10 costs, plaintiff's cross-motion denied and defendant's motion for summary judgment dismissing the complaint granted (see Town RX Inc. a/a/o Britney Jones v Nationwide Mut. Ins. Co., appeal numbered 25-119, decided herewith). The Clerk is directed to enter judgment accordingly.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 24, 2025